IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DORIS HAMMOND,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   23-cv-2039 |
| | : | |
| **MARTIN O'MALLEY,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this   29TH   day of May 2024, upon consideration of Plaintiff's Request for Review (ECF No. 9), Defendant's response thereto (ECF No. 10), and Plaintiff's reply brief (ECF No. 11), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is **GRANTED**;

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

　　　/s/ Lynne A. Sitarski　　　
LYNNE A. SITARSKI
United States Magistrate Judge